# MEMORANDUM DECISIONS

AMERICAN IRON & STEEL MFG. CO. v. SEABOARD AIR LINE RY. et al. (Circuit Court of Appeals, Fourth Circuit. March 13, 1912.) No. 1,064. Appeal from the Circuit Court of the United States for the Eastern District of Virginia, at Richmond. George Wayne Anderson, for appellant. L. L. Lewis, for appellees.

PER CURIAM. Certified to Supreme Court of the United States on question or proposition of law. Certificate filed. April 11, 1912, certified copy of certificate transmitted to clerk of the Supreme Court.

---

AMERICAN TOBACCO CO. et al. v. WARE–KRAMER TOBACCO CO. et al. (Circuit Court of Appeals, Fourth Circuit. March 5, 1912.) No. 1,080. In Error to the Circuit Court of the United States for the Eastern District of North Carolina, at Raleigh. For opinions below, see 178 Fed. 117; 180 Fed. 160. Junius Parker, W. R. Perkins, Aycock & Winston, and F. L. Fuller, for plaintiffs in error. C. C. Daniels, F. A. Woodard, F. D. Swindell, N. T. Green, and F. S. Spruill, for defendants in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiffs in error. Judgment filed.

---

ATLANTIC TRANSPORT CO. OF WEST VIRGINIA v. IMBROVEK. (Circuit Court of Appeals, Fourth Circuit. March 9, 1912.) No. 1,058. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. See, also, 193 Fed. 1019. Bond, Robinson & Duffy, for appellant. Semmes, Bowen & Semmes and W. H. Price, Jr., for appellee.

PER CURIAM. February 26, 1912, decree of District Court affirmed, with costs. Decree filed March 9, 1912, upon petition of appellant, mandate of this court is stayed pending appellant's application for a writ of certiorari in the Supreme Court. April 13, 1912, writ of certiorari of Supreme Court of the United States presented. Stipulation of attorneys filed. Return, together with the writ, transmitted to the Supreme Court of the United States.